No. 10–11208. MUHLENBRUCH v. UNITED STATES. C. A. 8th
Cir. Certiorari denied.

No. 10–11213. MARTINEZ-MENDOZA v. UNITED STATES. C. A.
5th Cir. Certiorari denied.

No. 10–11214. GRIFFIN v. PENNSYLVANIA. Super. Ct. Pa.
Certiorari denied.

No. 10–11215. GRIMES v. ALABAMA. Ct. Crim. App. Ala.
Certiorari denied.

No. 10–11216. GREEN v. RUDEK. C. A. 10th Cir. Certiorari
denied.

No. 10–11219. SNAPP v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 10–11220. ROJAS-VIVAR v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 10–11221. WYATT v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–11222. BAZE v. PARKER. C. A. 6th Cir. Certiorari de-
nied.

No. 10–11223. WINDSOR v. KENTUCKY. Sup. Ct. Ky. Certio-
rari denied.

No. 10–11226. WINN v. PHELPS, WARDEN, ET AL. C. A. 3d Cir.
Certiorari denied.

No. 10–11227. CUMMINS v. CITY OF YUMA, ARIZONA, ET AL.
C. A. 9th Cir. Certiorari denied.

No. 10–11228. ROSARIO SANCHEZ v. UNITED STATES. C. A. 5th
Cir. Certiorari denied.

No. 10–11229. PERKINS v. MCKEE, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 10–11230. HERNANDEZ v. FLORIDA. Dist. Ct. App. Fla., 3d
Dist. Certiorari denied.